**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(D)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Robert Lester, Jr., Respondent,

v.

Marco and Timea Sanchez and Eva Sanchez, Defendants,

Of whom Marco and Timea Sanchez are the Petitioners.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-002043

———————

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———————

Appeal from York County
Wayne M. Creech, Family Court Judge

———————

Memorandum Opinion No. 2019-MO-020
Heard March 28, 2019 – Filed April 3, 2019

———————

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———————

Thomas F. McDow IV, and Erin K Urquhart, both of
McDow & Urquhart, LLC, of Rock Hill, for Petitioners.

Joshua B. Mitchell, of Rock Hill, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Lester v. Sanchez*, Op. No. 2017-UP-241 (S.C. Ct. App. filed June 14, 2017). We now dismiss the writ as improvidently granted.

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**